IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02640-BNB

REGGIE N. KEYES,

Plaintiff,

v.

[NO NAMED DEFENDANT],

Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 28 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Reggie N. Keyes, initiated this action by submitting *pro se* a letter to the Court. The Court reviewed the letter and determined it was deficient. Therefore, in an order filed on December 19, 2007, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Keyes to cure certain enumerated deficiencies in the case within thirty days if he wished to pursue his claims.

The December 19, 2007, order pointed out that Mr. Keyes failed either to pay the $350.00 filing fee or to submit on the proper, Court-approved form a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The order also pointed out that Mr. Keyes failed to submit a Prisoner Complaint on the proper, Court-approved form. The order warned Mr. Keyes that if he failed to cure the designated deficiencies within thirty days, the action would be dismissed without prejudice and without further notice. On December 27, 2007, the December 19 order was returned to the Court in an envelope marked "Returned to Sender," "RTS," and "Not Deliverable

as Addressed." Mr. Keyes has failed within the time allowed to cure the deficiencies listed in the December 19 order or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure and for failure to prosecute.

DATED at Denver, Colorado, this 25 day of January, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 07-cv-02494-BNB

Reggie N. Keyes
Prisoner No. 56804
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054-9573

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 1/28/8

GREGORY C. LANGHAM, CLERK

By: _____
  Deputy Clerk